UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYTINEE BIRD,

Plaintiff,

- against -

KAMAR SAMUELS, ET AL,

Defendants.

26-cv-2761 (JGK)

Order

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant, the City of New York, to answer the complaint was originally July 8, 2026. See ECF No. 7. To date, no answer has been filed.

The time for the City to answer or respond to the complaint is extended until **July 23, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the City.

**SO ORDERED.**

Dated: New York, New York
July 9, 2026

John G. Koeltl
United States District Judge