UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYTINEE BIRD, ET AL.,

Plaintiffs,

- against -

KAMAR SAMUELS, ET AL.,

Defendants.

26-cv-2761 (JGK)

Order

John G. Koeltl, District Judge:

The defendants may file a motion to dismiss without a pre-motion conference. The motion is due by **October 5, 2026.** The response is due by **October 26, 2026.** The reply is due by **November 9, 2026.** The conference scheduled for September 14, 2026 is canceled.

SO ORDERED.

Dated: New York, New York
September 10, 2026

John G. Koeltl
United States District Judge